# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

August 10, 2006

## Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

BIOMET ORTHOPEDICS, INC.,
    *Plaintiff-Appellee,*
    *Cross-Appellant,*

**Nos.** 05-3242 & 05-3351   **v.**

TACT MEDICAL INSTRUMENTS, INC.,
    *Defendant-Appellant,*
    *Cross-Appellee.*

Appeals from the
United States District
Court for the Northern
District of Indiana,
Hammond Division.

No. 3:01 CV 895 PS
Philip P. Simon,
*Judge.*

## Order

Defendant-Appellant, Cross-Appellee filed a petition for rehearing on August 2, 2006. All of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED.

The opinion of this court issued on July 19, 2006, is amended as follows:

Page 2, indented paragraph, line 5, "such return" should read "such return delivery".